UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

7006 NOV 28 PM 2: 47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

YOLLINNETTE Y. SANCHEZ,
and others similarly situated,

      Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC;
BILL ERBY; and RON FERRIS,

      Defendant,

_____/

CASE NO. 6:06-CV-1811-Orl-28 DAB

**COLLECTIVE ACTION**

## COMPLAINT

Plaintiff, YOLLINNETTE Y. SANCHEZ, and others similarly situated (hereinafter referred to as the "Plaintiffs"), by and through their undersigned counsel, hereby sues the Defendant, OCWEN LOAN SERVICING, LLC, (hereinafter referred to as the "Defendant"), and state as follows:

## INTRODUCTION

1.    This is a collective action by Plaintiff, and others similarly situated, against their employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201, *et seq.*. Plaintiff seeks damages for unpaid overtime, liquidated damages, a reasonable attorney's fee and costs.

## JURISDICTION

2.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, *et. seq.* The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b).

1

**VENUE**

3.     The venue of this Court over this controversy is proper based upon the claims

arising in Orange County, Florida.

**THE PARTIES**

4.     Plaintiffs were at all times material, employed by Defendant, OCWEN LOAN

SERVICING, LLC, a Florida corporation.

5.     Defendant, OCWEN LOAN SERVICING, LLC, is in the business of mortgage

loans servicing and it is authorized to conduct business in the State of Florida. Defendant,

OCWEN LOAN SERVICING, LLC, is an employer as defined by 29 U.S.C. Section 203(d).

The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in

the facility where Plaintiffs are employed.

6.     Plaintiffs are employees of Defendant, OCWEN LOAN SERVICING, LLC, and,

at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as

defined by 29 U.S.C. Section 206(a) and 207(a)(1).

7.     Alternatively, Defendant, OCWEN LOAN SERVICING, LLC, is an enterprise

engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C.

Section 203(s) (1).

8.     Plaintiffs have retained the Pantas Law Firm to represent them in this matter and

have agreed to pay said firm a reasonable attorney's fee for its services.

**VIOLATION OF THE OVERTIME PROVISIONS**
**OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW**

9.     Plaintiffs re-allege and incorporate herein the allegations contained in paragraphs

1 through 8 above.

10.     Throughout the employment of Plaintiffs, the Defendant repeatedly and willfully

violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiffs at a rate not less than one and one-half times the regular rate at which they were employed for workweeks longer than forty (40) hours.  Specifically, Plaintiffs have worked numerous weeks in excess of forty (40) hours a week, yet have not been compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which they are employed.

11.     Throughout the employment of Plaintiffs, Defendant, OCWEN LOAN SERVICING, LLC, repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiffs at a rate not less than one and one-half times the regular rate at which they are employed for workweeks longer than forty (40) hours. Specifically, Plaintiffs have worked numerous weeks in excess of forty (40) hours a week, yet have not been compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which they are employed.

12.     Plaintiffs are not exempt from the overtime provisions of the FLSA.

13.     In addition to the named Plaintiff, numerous employees and former employees of Defendant, OCWEN LOAN SERVICING, LLC, are similarly situated to the Plaintiffs in that they have been denied overtime compensation while employed by Defendant.

14.     Defendant, OCWEN LOAN SERVICING, LLC's policy of not paying its employees overtime in violation of the FLSA is both unlawful and company-wide and each non-exempt employee employed by Defendant during the three years prior to the filing of this action have been deprived of overtime, similarly to the Plaintiffs.

15.     Plaintiffs are representatives of these other employees and are acting on behalf of their interests as well as Plaintiffs' own interests in bringing this action.

16.     Those similarly situated employees are known to Defendant, OCWEN LOAN SERVICING, LLC, and are readily identifiable and locatable through Defendant, OCWEN LOAN SERVICING, LLC's records.

17.     Those similarly situated employees should be notified of this action and allowed to opt into this action pursuant to 29 U.S.C. §216(b).

18.     Unless notice is issued, persons similarly situated to Plaintiffs, who have unlawfully deprived of overtime compensation in violation of FLSA, will be unable to secure compensation to which they are entitled, and which has been unlawfully withheld from them by Defendant, OCWEN LOAN SERVICING, LLC

WHEREFORE, Plaintiff, and all others similarly situated who join in this action pray for this Court:

(a)     To authorize the issuance of a notice at the earliest possible time to all OCWEN LOAN SERVICING, LLC's employees who currently hold or who held positions as "loan resolution consultants" during the three (3) year period of time preceding the filing of this action, informing them that this action has been filed and the nature of the action, and of their right to opt-into this lawsuit if they worked for OCWEN LOAN SERVICING, LLC, during the liability period, but were not paid overtime wages as required by the FLSA;

(b)     To declare that OCWEN LOAN SERVICING, LLC, has violated the overtime wages provisions of the FLSA, 29 U.S.C. § 206, as to Plaintiffs and persons similarly situated;

(c)     To declare that OCWEN LOAN SERVICING, LLC, violations of the

FLSA were willful;

(d)     To award Plaintiff, and other similarly situated employees and former employees of OCWEN LOAN SERVICING, LLC, damages for the amount of unpaid overtime wages due to them, subject to proof at trial;

(e)     To award Plaintiffs, and other similarly situated employees and former employees of OCWEN LOAN SERVICING, LLC, an additional amount equal to the unpaid overtime wages found to be due and owing as liquidated damages; if liquidated damages are not awarded, then in the alternative, prejudgment interest;

(f)     To make the same declarations and awards as prayed for in ¶¶ (a)-(f) above as to all persons who opt into this action pursuant to 29 U.S.C. § 216(b);

(g)     To award Plaintiffs, and other similarly situated employees and former employees of OCWEN LOAN SERVICING, LLC, a reasonable attorneys' fee and costs pursuant to 29 U.S.C. § 216(b); and,

(h)     Such other relief as the Court deems just and equitable.

Respectfully submitted,

Dated: November 28, 2006

K.E. PANTAS, ESQ.
Florida Bar No. 0978124
PANTAS LAW FIRM, P.A.
250 N. Orange Avenue, 11th Floor
Orlando, Florida 32801
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiffs