# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

YOLLINNETTE Y. SANCHEZ AND
OTHERS SIMILARLY SITUATED,

          Plaintiffs,

-vs-                                      Case No. 6:06-cv-1811-Orl-28DAB

OCWEN LOAN SERVICING, LLC, BILL
ERBY, RON FERRIS,

          Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion for Conditional Certification of Collective Action and Permission to Send Court Supervised Notice Advising Similarly Situated Individuals of Their Opt-In Rights Pursuant to 29 U.S.C. § 216(b) (Doc. No. 14) filed January 12, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 21, 2007 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion for Conditional Certification of Collective Action (Doc. No. 14) is **GRANTED**.

3.     Defendant Ocwen Loan Servicing, LLC is ordered to produce, within thirty (30) days from the date of this Order, the names and last known addresses of all "loan resolution consultants" employed by Ocwen in Orlando for the period beginning three years prior to the time suit was filed.

4.     Plaintiffs are authorized to send notice to each such employee using the form attached to the Report & Recommendation (Doc. No. 25, beginning at page 7).

5.     Plaintiffs are required to file all Consents to Join with this Court within sixty (60) days of the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___14___ day of March, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party