**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YOLLINNETTE Y. SANCHEZ AND**
**OTHERS SIMILARLY SITUATED,**

          **Plaintiffs,**

-vs-                                   **Case No. 6:06-cv-1811-Orl-28DAB**

**OCWEN LOAN SERVICING, LLC, BILL**
**ERBY, RON FERRIS,**

          **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO EXPAND NOTIFICATION CLASS (Doc. No. 138)**
>
> **FILED:** **July 9, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff filed this FLSA action on November 28, 2006 and moved for conditional certification of the case as a collective action on January 12, 2007. The Court granted the Motion for Conditional Certification on March 14, 2007, and set the opt-in deadline for **May 16, 2007**, allowing Court-approved notice to all Loan Resolution Consultants ("LRC") who had worked at Ocwen's Orlando facility within the three-year period preceding the filing of the Complaint. Doc. No. 32. Approximately fifty former and current Orlando LRC's have now opted into the case.

On July 9, 2007, Plaintiff filed her Motion to Expand Notification to Potential Class Members from Ocwen's West Palm Beach, Florida office. Ocwen opposes the Motion because the Court-ordered opt-in period closed on May 16, 2007, and the matter has been set for trial on the December 2007 docket. The Court-ordered discovery has been virtually completed, with the discovery deadline one month away, on September 7, 2007. Plaintiff's Motion is untimely.

Moreover, venue in the Middle District of Florida is not proper for the putative opt-in plaintiffs who work(ed) at the West Palm Beach location. West Palm Beach is in the Southern District of Florida and not the Middle District.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record