# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YOLLINNETTE Y. SANCHEZ AND
OTHERS SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                                       **Case No. 6:06-cv-1811-Orl-28DAB**

**OCWEN LOAN SERVICING, LLC,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO COMPEL AND FOR SANCTIONS (Doc. No. 243)**
>
> **FILED:**      **June 10, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

Defendant moves to compel five of the opt-in Plaintiffs to respond to discovery. The responses were due on April 20, 2008. Doc. No. 243. Plaintiffs' counsel responds that he has now supplied the responses for Plaintiff Clossen. Doc. No. 250. The Motion to Compel is **Denied as moot** as to Plaintiff Clossen. Plaintiffs' counsel is awaiting discovery responses from Plaintiff Apanah; the Motion is **Denied without prejudice** and Plaintiff Apanah is **ORDERED** to produce the responses **within 11 days of the date of this ORDER**.

Plaintiffs' counsel has been unable to reach three Plaintiffs – Susan Lewis, Richard Nanan, and Marcus Robinson – despite numerous attempts to contact them. Doc. No. 250. Pursuant to Federal Rule of Civil Procedure 37(a), it is **ORDERED** that Plaintiffs Lewis, Nanan, and Robinson respond to Defendant's First Set of Interrogatories, and First Request for Production of Documents **within 11 days of the date of this ORDER**. The Court admonishes these Plaintiffs that failure to comply could result in imposition of sanctions including: (1) striking of certain pleadings; (2) barring them from supporting certain claims or introducing certain evidence; or (3) **dismissal of their claims**. Fed. R. Civ. P. 37(b).

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record