UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YOLLINNETTE Y. SANCHEZ AND
OTHERS SIMILARLY SITUATED,

                Plaintiffs,

-vs-                                    Case No. 6:06-cv-1811-Orl-28DAB

OCWEN LOAN SERVICING, LLC, BILL
ERBY, RON FERRIS,

                Defendants.

_____

## ORDER

This case is before the Court on Defendant's Motion for Summary Judgment and Sanctions under Rule 11 and 28 U.S.C. § 1927 Against Untimely Opt-In Plaintiffs and Plaintiffs' Attorney (Doc. No. 238) filed May 13, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Defendant's Objections to the Report and Recommendation (Doc. No. 265) and Plaintiffs' Response to Defendant's Objections (Doc. No. 266), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 7, 2008 (Doc. No. 264) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion for Summary Judgment and Sanctions Under Rule 11 and 28 U.S.C. § 1927 Against Untimely Opt-In Plaintiffs and Plaintiffs' Attorney (Doc. No. 238) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _11_ day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party