UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YOLLINNETTE Y. SANCHEZ AND
OTHERS SIMILARLY SITUATED,

          **Plaintiffs,**

-vs-                                            Case No. 6:06-cv-1811-Orl-28DAB

OCWEN LOAN SERVICING, LLC, BILL
ERBY, RON FERRIS,

          **Defendants.**

## ORDER

This case is before the Court on the Offers of Judgment to resolve this Fair Labor Standards Act ("FLSA") matter. The United States Magistrate Judge has submitted a report recommending that the Plaintiffs' acceptances of the Offers of Judgment be approved.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 15, 2008 (Doc. No. 277) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' acceptances of the Offers of Judgment in the amounts listed in the Report and Recommendation for unpaid wages and liquidated damages are fair and reasonable resolutions of a bona fide dispute over FLSA issues and they are accepted by this Court.

3. The Clerk is directed to close this case.

4. Plaintiffs' request for fees (Doc. 275) will be addressed in a separate Report and Recommendation and Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___4___ day of November, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party