# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

YOLLINNETTE Y. SANCHEZ AND
OTHERS SIMILARLY SITUATED,

        **Plaintiffs,**

-vs-                                             Case No. 6:06-cv-1811-Orl-28DAB

OCWEN LOAN SERVICING, LLC, BILL
ERBY, RON FERRIS,

        **Defendants.**

## ORDER

This case is before the Court on Plaintiffs' Motion for Award of Attorney's Fees (Doc. No. 283) filed November 14, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 27, 2009 (Doc. No. 286) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Award of Attorney's Fees (Doc. No. 283) is **GRANTED in part**. Plaintiffs' are awarded $81,750.00 for attorney's fees and $805.00 for costs.

DONE and ORDERED in Chambers, Orlando, Florida this 24th day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party